UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDY GILDON, | |
| Plaintiff, | |
| v. | Case No. 1:21-cv-01109-JMS-MG |
| IVY TECH COMMUNITY COLLEGE, | |
| Defendant. | |

## ORDER

The Court, having considered the proposed Stipulation of Dismissal with Prejudice filed by the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby ORDERS that this action be DISMISSED WITH PREJUDICE, with each party to bear her/its own costs, attorneys' fees and expenses [49].

Date: 6/23/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to:

All counsel of record by operation of the Court's ECF/CM system.

4877-7752-8357.1